IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. : NO.1:12-CR-206-3-TCB-ECS
:
DAVID SALAS :

### **REPORT AND RECOMMENDATION**

### **OF THE MAGISTRATE JUDGE**

Defendant David Salas filed a motion for a bill of particulars under Rule 7(f) of the Federal Rules of Criminal Procedure. [Doc. 35]. The Court requested that the government file a response to the motion, and the government responded, providing particulars. [Doc. 48]. Defendant did not file a reply challenging the sufficiency of the government's response. Because the government has responded to the motion, providing particulars in response to the requests by Defendant, as to which Defendant has not taken any issue, the motion for bill of particulars is due to be **DENIED as MOOT**.

It appearing that there are no further pretrial or discovery matters to bring before the undersigned as to this defendant, it is therefore **ORDERED** that this case be and is hereby **CERTIFIED** as ready for trial.

**SO ORDERED**, this 31st day of October, 2012.

*/s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE